No. 315. ODLAND, RECEIVER, *v.* FAIRMONT SUPPLY CO. October 12, 1942. Petition for writ of certiorari to the Circuit Court, Marion County, West Virginia, denied.

*Mr. John F. Anderson* and *Harriet Buckingham* and *Mr. Ernest R. Bell* for petitioner. *Messrs. Eli Whitney Debevoise* and *Robert C. Morris* for respondent.